AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>JOAO BRANDAO<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  11-mj-7122-JCB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/20/2011  in the county of  Suffolk  in the _____ District of Massachusetts , the defendant violated  21  U. S. C. § 841 , an offense described as follows:

distributing cocaine, a Schedule II Substance,

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BPD DET. GREG WALSH
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/28/2011

_____
*Judge's signature*

City and state:  Boston, Massachusetts    U.S. MAGISTRATE JUDGE JENNIFER C. BOAL
*Printed name and title*